BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | CR. No. 2:10-CR-00102 LKK |
|                                        ) | |
|              Plaintiff,                ) | |
|                                        ) | |
|         v.                             ) | ORDER CONTINUING STATUS |
|                                        ) | CONFERENCE |
| CARLOS GONZALEZ-MENDIVIL, et al.,      ) | |
|                                        ) | |
|              Defendants.               ) | |

**ORDER**

The parties appeared before the Court on March 23, 2010, in case number 2:10-CR-00102 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that a further status conference be set for April 27, 2010, at 9:15 a.m., and that the time beginning March 23, 2010, and extending through April 24, 2010, shall be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.  A continuance is necessary in this case in

1

order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress. It is also necessary to ensure defense counsels' effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that a further status conference be set for April 27, 2010, at 9:15 a.m., and that the time beginning March 23, 2010, and extending through April 24, 2010, shall be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:    3/26/2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT