BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 2:10-CR-00102 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| CARLOS GONZALEZ-MENDIVIL, et al., | ) |
| Defendants. | ) |

**ORDER**

The parties appeared before the Court on April 27, 2010, in case number 2:10-CR-00102 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered a motion briefing schedule to be set as follows: defense motion(s) due by May 18, 2010; government's response due by June 1, 2010, defense replies due by June 8, 2010, and a non-evidentiary hearing to be set for July 7, 2010 at 9:15 a.m.

The Court further found the time from April 24, 2010, through May 18, 2010, and thereafter for pending motions, to be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

1

1    The exclusion of time is appropriate due to the defense
2 counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and
3 (iv); Local Code T4.  A continuance is necessary in this case in
4 order to ensure defense counsel has a reasonable amount of time
5 to review the evidence given the limitations imposed by Congress.
6 It is also necessary to ensure defense counsels' effective
7 preparation, taking into account the exercise of due diligence.
8 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
9    ACCORDINGLY, it is hereby ordered that a motion briefing
10 schedule be set as follows: defense motion(s) due by May 18,
11 2010; government's response due by June 1, 2010, defense replies
12 due by June 8, 2010, and a non-evidentiary motion hearing shall
13 be set for July 7, 2010 at 9:15 a.m.  Furthermore, the time from
14 April 24, 2010, through May 18, 2010, and thereafter for pending
15 motions, shall be excluded from the calculation of time under the
16 Speedy Trial Act.  The Court finds that the interests of justice
17 served by granting this continuance outweigh the best interests
18 of the public and the defendant in a speedy trial.  18 U.S.C. §
19 3161(h)(8)(A).
20    IT IS SO ORDERED.

22 Dated: May 11, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT