1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )       CR. No. S-10-102-LKK
                Plaintiff,       )
                                )
        v.                       )
                                )       <u>AMENDED TIME EXCLUSION ORDER</u>
CARLOS GONZALEZ-MENDIVIL,         )
et al                            )
                                )
                                )
                Defendants.      )
_____)

17    Upon the request of the government and the defendants, the

18    Court continues the next status conference date from July 7, 2010

19    to September 14, 2010 at 9:15 a.m.  All remaining defendants in

20    the case are in plea discussion with the government.  Some

21    defendants are still engaged in investigation of the case.  The

22    continuance is necessary for counsel adequately to review the

23    plea offers and conduct further investigation   Thus, the

24    requested continuance is for effective and diligent preparation

25    in this case.

26    ///

27    ///

28    ///

      ///

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from July 7, 2010 through September 14, 2010.

DATE: July 14, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2