DANIEL J. BRODERICK, #89424
Federal Defender
Douglas Beevers, U.S.V.I. Bar #766
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS GONZALEZ-MENDIVIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-102 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| CARLOS GONZALEZ-MENDIVIL, et al | ) |
| Defendant. | ) |

This matter came on calendar for a status conference hearing on September 14, 2010, in the courtroom of Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Paul Hemesath appeared on behalf of the United States of America. Assistant Federal Defender Douglas Beevers appeared on behalf of Defendant Carlos Gonzalez-Mendivil, who was present before the court; Gilbert Roque appeared on behalf of Defendant Bertin Villegas-Gastelum, who was present before the court; Gilbert Rogue appeared for Clemente Jimenez on behalf of Defendant Nicolas Osorio, who was present before the court; and Robert Forkner appeared on behalf of Defendant Arturo Garcia, who was present before the

1  court.

2      To allow the parties additional time to prepare, it was stipulated
3  to continue this matter to a further status conference date set of
4  October 26, 2010 at 9:15 a.m..

5      Accordingly, the parties agreed to exclude time from calculation
6  under the Speedy Trial Act for the reasons stated above, pursuant to 18
7  U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
8  counsel, from September 14, 2010, up to and including the October 26,
9  2010 status conference.

10      **IT IS HEREBY ORDERED** that this matter is set for further status
11  conference October 26, 2010 at 9:15am.

12      **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv),
13  and Local Code T4, the period from September 14, 2010, up to and
14  including October 26, 2010 is excluded from the time computations
15  required by the Speedy Trial Act due to counsel preparation.

17  Dated: September 28, 2010

                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT