```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Douglas Beevers, U.S.V.I. Bar #766
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  CARLOS GONZALEZ-MENDIVIL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-102 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| CARLOS GONZALEZ-MENDIVIL, | ) | Date: December 14, 2010 |
| et al | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties, PAUL HEMESATH, Assistant United States Attorney, DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CARLOS GONZALEZ-MENDIVIL, GILBERT ROQUE, attorney for defendant BERTIN VILLEGAS-GASTELUM, CLEMENTE JIMÉNEZ, attorney for defendant NICOLAS OSORIO, and ROBERT FORKNER attorney for defendant ARTURO GARCIA, that the status conference hearing set for October 26, 2010 be vacated, and the matter be set for status conference hearing on December 14, 2010 at 9:15 a.m.

   The reason for the continuance is to allow defense counsel additional time to review discovery, including time to examine the original undercover recordings that would be used at trial. In addition,

defense counsel needs additional time to interview the co-defendants that have plead guilty. The potential witnesses' attorneys will only allow the interviews after they are sentenced. The sentencing for the co-defendants is scheduled for November 9, 2010.

　　　IT IS STIPULATED that the period from the signing of this Order, up to and including the December 14, 2010 status conference be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: October 22, 2010

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　*/s/ Douglas Beevers*
　　　　　　　　　　　　　　　　　　DOUGLAS BEEVERS
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　SERGIO BAUTISTA-GARCIA


　　　　　　　　　　　　　　　　　　*/s/ Gilbert Roque*
　　　　　　　　　　　　　　　　　　GILBERT ROQUE
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　BERTIN VILLEGAS-GASTELUM


　　　　　　　　　　　　　　　　　　*/s/ Clemente Jiménez*
　　　　　　　　　　　　　　　　　　CLEMENTE JIMÉNEZ
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　NICOLAS OSORIO


　　　　　　　　　　　　　　　　　　*/s/ Robert Forkner*
　　　　　　　　　　　　　　　　　　ROBERT FORKNER
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　ARTURO GARCIA

Dated: October 22, 2010

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Paul Hemesath*

                                       PAUL HEMESATH
                                       Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference hearing presently set for October 26, 2010, be vacated, and the matter be set for status conference hearing on December 14, 2010 at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, up to and including, December 14, 2010 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: October 22, 2010

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT