DANIEL J. BRODERICK, #89424
Federal Defender
Douglas Beevers, U.S.V.I. Bar #766
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS GONZALEZ-MENDIVIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-102 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| CARLOS GONZALEZ-MENDIVIL, et al | |
| Defendant. | |

This matter came on calendar for a status conference hearing on December 14, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Court Judge. Assistant United States Attorney PAUL HEMESATH appeared on behalf of the United States of America. Assistant Federal Defender DOUGLAS BEEVERS appeared on behalf of Defendant CARLOS GONZALEZ-MENDIVIL, who was present before the court; GILBERT ROQUE appeared on behalf of Defendant BERTIN VILLEGAS-GASTELUM, who was present before the court; Gilbert Roque appeared for ROBERT FORKNER on behalf of Defendant ARTURO GARCIA, who was present before the court; CLEMENTE JIMÈNEZ appeared on behalf of Defendant NICOLAS OSORIO, who was present before the court.

1     To allow the parties additional time to prepare, it was stipulated
2 to continue this matter to a further status conference date set of
3 January 25, 2011 at 9:15 AM.

4     Accordingly, the parties agreed to exclude time from calculation
5 under the Speedy Trial Act for the reasons stated above, pursuant to 18
6 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
7 counsel, from December 14, 2010, up to and including the January 25, 2011
8 status conference.

9     **IT IS HEREBY ORDERED** that this matter is set for further status
10 conference January 25, 2011 at 9:15 AM.

11     **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv),
12 and Local Code T4, the period from December 14, 2010, up to and including
13 January 25, 2011 is excluded from the time computations required by the
14 Speedy Trial Act due to counsel preparation.

16 Dated: January 7, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT