```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 2:10-CR-00102 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | DATE: January 25, 2011 |
| | ) | TIME: 9:15 a.m. |
| CARLOS GONZALEZ-MENDIVIL, et al., | ) | COURT: Hon. Lawrence K. Karlton |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Robert Forkner, counsel for defendant Arturo GARCIA; Clemente Jimenez, counsel for defendant Nicolas OSORIO; Douglas Beevers, counsel for Carlos GONZALEZ-MENDIVIL; and Gilbert Roque, counsel for defendant Bertin VILLEGAS-GASTELUM, that the above status conference be rescheduled from this Court's January 25, 2011, calendar, and that the matter be re-calendared for March 8, 2011, at 9:15 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

IT IS FURTHER STIPULATED that time be excluded through March 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: January 21, 2011      /s/ Paul Hemesath
                             Paul Hemesath
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: January 21, 2011      /s/ Robert Forkner
                             Robert Forkner
                             Counsel for Defendant
                             Arturo GARCIA

Dated: January 21, 2011      /s/ Clemente Jimenez
                             Clemente Jimenez
                             Counsel for Defendant
                             Nicolas OSORIO

Dated: January 21, 2011      /s/ Douglas Beevers
                             Douglas Beevers
                             Counsel for Defendant
                             Carlos GONZALEZ-MENDIVIL

Dated: January 21, 2011      /s/ Gilbert Roque
                             Gilbert Roque
                             Counsel for Defendant
                             Bertin VILLEGAS-GASTELUM

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 25, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT