```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Douglas Beevers, U.S.V.I. Bar #766
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CARLOS GONZALEZ-MENDIVIL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-00102 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| CARLOS GONZALEZ-MENDIVIL, et al | |
| Defendant. | |

This matter came on calendar for a status conference hearing on March 8, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Court Judge. Assistant United States Attorney RUSSELL CARLBERG appeared for PAUL HEMESATH on behalf of the United States of America. Assistant Federal Defender DOUGLAS BEEVERS appeared on behalf of Defendant CARLOS GONZALEZ-MENDIVIL, who was present before the court; DOUGLAS BEEVERS appeared for GILBERT ROQUE on behalf of Defendant BERTIN VILLEGAS-GASTELUM, who was present before the court; ROBERT FORKNER appeared on behalf of Defendant ARTURO GARCIA, who was present before the court; CLEMENTE JIMÈNEZ appeared on behalf of Defendant NICOLAS OSORIO, who was present before the court.

1  To allow the parties additional time to prepare, it was stipulated
2  to continue this matter to a further status conference date set of  March
3  29, 2011 at 9:15 AM.
4  Accordingly, the parties agreed to exclude time from calculation
5  under the Speedy Trial Act for the reasons stated above, pursuant to 18
6  U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
7  counsel, from March 8, 2011, up to and including the March 29, 2011
8  status conference.
9  **IT IS HEREBY ORDERED** that this matter is set for further status
10 conference March 29, 2011 at 9:15 AM.
11 **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv),
12 and Local Code T4, the period from March 8, 2011, up to and including
13 March 29, 2011 is excluded from the time computations required by the
14 Speedy Trial Act due to counsel preparation.

16 Dated: March 9, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT