BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:10-CR-00102 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: March 29, 2011 |
| ) | TIME: 9:15 a.m. |
| CARLOS GONZALEZ-MENDIVIL, et ) | COURT: Hon. Lawrence K. Karlton |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Robert Forkner, counsel for defendant Arturo GARCIA; Clemente Jimenez, counsel for defendant Nicolas OSORIO; Douglas Beevers, counsel for Carlos GONZALEZ-MENDIVIL; and Gilbert Roque, counsel for defendant Bertin VILLEGAS-GASTELUM, that the above status conference be rescheduled from this Court's March 29, 2011, calendar, and that the matter be re-calendared for April 26, 2011, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

1

IT IS FURTHER STIPULATED that time be excluded through April 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: March 25, 2011           /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: March 25, 2011           /s/ Robert Forkner
                                Robert Forkner
                                Counsel for Defendant
                                Arturo GARCIA

Dated: March 25, 2011           /s/ Clemente Jimenez
                                Clemente Jimenez
                                Counsel for Defendant
                                Nicolas OSORIO

Dated: March 25, 2011           /s/ Douglas Beevers
                                Douglas Beevers
                                Counsel for Defendant
                                Carlos GONZALEZ-MENDIVIL

Dated: March 25, 2011           /s/ Gilbert Roque
                                Gilbert Roque
                                Counsel for Defendant
                                Bertin VILLEGAS-GASTELUM

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 29, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT