1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        )   CR. No. 2:10-CR-00102 LKK
11                                   )
                    Plaintiff,       )   STIPULATION AND ORDER
12                                   )
   v.                               )   DATE: June 1, 2011
13                                   )   TIME: 9:15 a.m.
   BERTIN VILLEGAS-GASTELUM, et      )   COURT: Hon. Lawrence K. Karlton
14  al.,                            )
                                    )
15                  Defendants.      )
                                    )
16 _____ )

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United

19  States Attorney Paul Hemesath, counsel for Plaintiff; Robert Forkner,

20  counsel for defendant Arturo GARCIA; Clemente Jimenez for Nicolas

21  OSORIO and Gilbert Roque, counsel for defendant Bertin VILLEGAS-

22  GASTELUM, that the above status conference be rescheduled from this

23  Court's June 1, 2011, calendar, and that the matter be re-calendared

24  for July 19, 2011, at 9:15 a.m.  This request is made jointly by the

25  government and defense in order to permit time for continued

26  preparation, including investigation which is currently in progress,

27  and plea negotiations.

28       IT IS FURTHER STIPULATED that time be excluded through July 19,

                                  1

1   2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

2

3   Dated: May 31, 2011                    /s/ Paul Hemesath
                                           Paul Hemesath
4                                          Assistant United States Attorney
                                           Counsel for Plaintiff
5
    Dated: May 31, 2011                    /s/ Robert Forkner
6                                          Robert Forkner
                                           Counsel for Defendant
7                                          Arturo Garcia

8   Dated: May 31, 2011                    /s/ Gilbert Roque
                                           Gilbert Roque
9                                          Counsel for Defendant
                                           Bertin VILLEGAS-GASTELUM
10
    Dated: May 31, 2011                    /s/ Clemente Jimenez
11                                         Clemente Jimenez
                                           Counsel for Defendant
12                                         Nicolas OSORIO

13
                                    O R D E R
14
         **IT IS SO ORDERED.**
15
    Dated: June 1, 2011
16

17   _____
     LAWRENCE K. KARLTON
18   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

                                    2