ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
ARTURO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00102-LKK |
| Plaintiff, | ) |
| | ) AMENDED STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| ARTURO GARCIA et al, | ) |
| Defendants. | ) |

      The defendants: 1)ARTURO GARCIA, through his attorney ROBERT L. FORKNER; 2) BERTIN VILLEGAS-GASTELUM represented by his attorney Gilbert Roque; 3) NICOLAS OSORIO represented by CLEMENTE JIMENEZ, together with the United States of America through its undersigned counsel, PAUL HEMESATH, Assistant United States Attorney, hereby stipulate and request the following:

      1.  That the Status conference presently set for September

1

13, 2011 be vacated and rescheduled for Monday, October 25, 2011 at 9:00 a.m. in Courtroom 4 before the Honorable District Court Senior Judge, Lawrence K. Karlton.

2. Mr. Hemesath has indicated that he will be providing plea offers, as such, the defense will need to do legal research on the potential application of the complex Advisory Sentencing Guidelines that may apply in this case should any defendant decide to resolve his case.

3. There are ongoing negotiations between the defense and government counsel.

4. The defense requests additional and adequate time discuss all of the options with each of their respective clients.

5. Further, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated:  September 9, 2011         /s/ Robert L. Forkner
                                  ROBERT L. FORKNER
                                  Attorney for Defendant
                                  ARTURO GARCIA

Dated:  September 8, 2011         /s/ Gilbert Roque
                                  Gilbert Roque
                                  Attorney for Defendant
                                  BERTIN VILLEGAS-GASTELUM

```
Dated:   September 9, 2011        /s/ Clemente Jimenez
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant
                                  NICOLAS OSORIO


Dated:   September 9, 2011        BENJAMIN B. WAGNER
                                  United States Attorney


                                  by: /s/ Paul Hemesath
                                  Assistant United States Attorney
```

```
ROBERT L. FORKNER (CSB# 106697)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:(209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
ARTURO GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ARTURO GARCIA ET AL.,<br><br>       Defendants. | No. 2:10-CR-00102-LKK<br><br>ORDER TO<br>CONTINUE STATUS CONFERENCE |

   GOOD CAUSE APPEARING, it is hereby ordered that the September 13, 2011 Status Conference be continued to October 25, 2011 at 9:15 a.m.  Based on the parties' representation, the Court finds that the ends of justice by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial.  It is ordered that time up to and including the October 25, 2011 status conference shall be excluded from

//

//

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: September 13, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT