BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:10-CR-00102 LKK |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: October 25, 2011 |
| | TIME: 9:15 a.m. |
| BERTIN VILLEGAS-GASTELUM, et al., | COURT: Hon. Lawrence K. Karlton |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney Paul Hemesath, counsel for Plaintiff; Robert Forkner,

counsel for defendant Arturo GARCIA; Clemente Jimenez for Nicolas

OSORIO and Gilbert Roque, counsel for defendant Bertin VILLEGAS-

GASTELUM, that the above status conference be rescheduled from this

Court's October 25, 2011, calendar, and that the matter be

re-calendared for November 29, 2011, at 9:15 a.m.  This request is

made jointly by the government and defense in order to permit time

for continued preparation, including investigation which is currently

in progress, and plea negotiations.  The parties agree that the

interests of justice served by granting this continuance outweigh the

1

1    best interests of the public and the defendant in a speedy trial.

2

3          IT IS FURTHER STIPULATED that time be excluded through November
4    29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5

6
     Dated: October 22, 2011          /s/ Paul Hemesath
7                                      Paul Hemesath
                                       Assistant United States Attorney
8                                      Counsel for Plaintiff

9    Dated: October 22, 2011          /s/ Robert Forkner
                                       Robert Forkner
10                                     Counsel for Defendant
                                       Arturo GARCIA
11
     Dated: October 22, 2011          /s/ Gilbert Roque
12                                     Gilbert Roque
                                       Counsel for Defendant
13                                     Bertin VILLEGAS-GASTELUM

14   Dated: October 22, 2011          /s/ Clemente Jimenez
                                       Clemente Jimenez
15                                     Counsel for Defendant
                                       Nicolas OSORIO
16

17                               **O R D E R**

18        Based on the reasons set forth in the stipulation of the parties filed on October 22, 2011, and

19   good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS

20   HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 25, 2011, be

21   vacated and that the case be set for **Tuesday, November 29, 2011, at 9:15 a.m.**  The Court finds that

22   the ends of justice to be served by granting a continuance outweigh the best interests of the public and

23   the defendant in a speedy trial.

24   **IT IS SO ORDERED.**

25

26   Dated: October 25, 2011

27                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
28                                     UNITED STATES DISTRICT COURT

                                        2