ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
ARTURO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00102-LKK |
| Plaintiff, | ) AMENDED STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| ARTURO GARCIA et al, | ) |
| Defendants. | ) |

The defendants: 1)ARTURO GARCIA, through his attorney ROBERT L. FORKNER; 2) BERTIN VILLEGAS-GASTELUM represented by his attorney Gilbert Roque; 3) NICOLAS OSORIO represented by CLEMENTE JIMENEZ, together with the United States of America through its undersigned counsel, PAUL HEMESATH, Assistant United States Attorney, hereby stipulate and request the following:

1. That the Status conference presently set for November

29, 2011 be vacated and rescheduled for Tuesday, January 10, 2012 at 9:15 a.m. in Courtroom 4 before the Honorable District Court Senior Judge, Lawrence K. Karlton.

2. Mr. Hemesath has indicated that he will be providing plea offers, as such, the defense will need to do legal research on the potential application of the complex Advisory Sentencing Guidelines that may apply in this case should any defendant decide to resolve his case.

3. There are ongoing negotiations between the defense and government counsel.

4. The defense requests additional and adequate time discuss all of the options with each of their respective clients.

5. Further, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated:  November 23, 2011          /s/ Robert L. Forkner
                                   ROBERT L. FORKNER
                                   Attorney for Defendant
                                   ARTURO GARCIA

Dated:  November 23, 2011          /s/ Gilbert Roque
                                   Gilbert Roque
                                   Attorney for Defendant
                                   BERTIN VILLEGAS-GASTELUM

Dated:   November 23, 2011         /s/ Clemente Jimenez
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   NICOLAS OSORIO


Dated:   November 23, 2011         BENJAMIN B. WAGNER
                                   United States Attorney


                                   by: /s/ Paul Hemesath
                                   Assistant United States Attorney


**ORDER**

     GOOD CAUSE APPEARING, it is hereby ordered that the November 29, 2011 Status Conference be continued to January 10, 2012 at 9:15 a.m.  The Court finds that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) from November 29, 2011 to January 10, 2012.

IT IS SO ORDERED

DATED: November 29, 2011

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT