1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CR. No. 2:10-CR-00102 LKK
                                     )
12                    Plaintiff,     )  STIPULATION AND ORDER
                                     )
13  v.                               )  DATE: January 10, 2012
                                     )  TIME: 9:15 a.m.
14  BERTIN VILLEGAS-GASTELUM, et     )  COURT: Hon. Lawrence K. Karlton
    al.,                             )
15                                   )
                      Defendants.    )
16                                   )
    _____ )

17

18       **IT IS HEREBY STIPULATED** by and between Assistant United

19  States Attorney Paul Hemesath, counsel for Plaintiff; Robert Forkner,

20  counsel for defendant Arturo GARCIA; Clemente Jimenez for Nicolas

21  OSORIO and Gilbert Roque, counsel for defendant Bertin VILLEGAS-

22  GASTELUM, that the above status conference be rescheduled from this

23  Court's January 10, 2012, calendar, and that the matter be

24  re-calendared for February 22, 2012, at 9:15 a.m.  This request is

25  made jointly by the government and defense in order to permit time

26  for continued preparation, including investigation which is currently

27  in progress, and plea negotiations.  The parties agree that the

28  interests of justice served by granting this continuance outweigh the

                                    1

1    best interests of the public and the defendant in a speedy trial.

2

3        IT IS FURTHER STIPULATED that time be excluded through February

4    22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5

6
     Dated: January 6, 2012                /s/ Paul Hemesath
7                                          Paul Hemesath
                                           Assistant United States Attorney
8                                          Counsel for Plaintiff

9    Dated: January 6, 2012                /s/ Robert Forkner
                                           Robert Forkner
10                                         Counsel for Defendant
                                           Arturo GARCIA
11
     Dated: January 6, 2012                /s/ Gilbert Roque
12                                         Gilbert Roque
                                           Counsel for Defendant
13                                         Bertin VILLEGAS-GASTELUM

14   Dated: January 6, 2012                /s/ Clemente Jimenez
                                           Clemente Jimenez
15                                         Counsel for Defendant
                                           Nicolas OSORIO
16

17                              **O R D E R**

18       Based on the reasons set forth in the stipulation of the parties filed on January 6, 2012, and good

19   cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS

20   HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 10, 2012, be

21   vacated and that the case be set for **Wednesday, February 22, 2012, at 9:15 a.m.**  The Court finds that

22   the ends of justice served by granting such a continuance outweigh the best interests of the public and

23   the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in

24   the parties' January 6, 2012, stipulation, the time within which the trial of this matter must be

25   commenced under the Speedy Trial Act is excluded during the time period from the date of this

26   stipulation, January 6, 2012, through and including February 22, 2012, pursuant to 18 U.S.C.

27   §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

28
     Dated: January 9, 2012

                                           _____
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT