1  PAUL R. IRISH, SBN 61592
   Attorney at Law
2  2001 "S" Street
   Sacramento, California  95811
3  Telephone:  (916) 454-0966

4  Attorney for Defendant
   NICHOLAS PAUL OSORIO
5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA, | Case No. 2:10-cr-00102-LKK |

11 | Plaintiff, |

12 | vs. | ORDER SUBSTITUTION OF ATTORNEY FOR DEFENDANT NICHOLAS PAUL OSORIO |

13 | NICHOLAS PAUL OSORIO, |

14 | Defendant. | Date:   May 30, 2012 |

15

16

17        NOTICE IS HEREBY GIVEN that Nicholas Paul Osorio, hereby substitutes Attorney

18 Paul R. Irish in place of his previous attorney, Attorney Clemente Jiminez.

19        I consent to Paul R. Irish replacing Clemente Jiminez as my attorney.

20

21 DATED:   3/27/2012                              Respectfully submitted,

22

23                                                /s/  – NICHOLAS PAUL OSORIO, original
                                                  signature  retained by Attorney Paul R. Irish
24                                                _____
                                                  NICHOLAS PAUL OSORIO, Defendant
25

26 / / /

27 / / /

28 / / /

1    I consent to Paul R. Irish replacing me as attorney for defendant Nicholas Paul Osorio.

2

3    DATED:   4/4/2012                          Respectfully submitted,

4

5                                               /s/ – Clemente Jiminez, original signature
                                                retained by Attorney Paul R. Irish
6    _____
                                                CLEMENTE JIMINEZ
7                                               Federal Public Defender

8

9    I accept representation of defendant Nicholas Paul Osorio, in Case No. cr-01-02-LKK.

10

11   DATED:   4/5/2012                          Respectfully submitted,

12

13                                              /s/ — Paul R. Irish

14   _____
                                                PAUL R. IRISH, Attorney for Defendant
                                                NICHOLAS PAUL OSORIO
15

16
                                   ** O R D E R **
17

18
         IT IS SO ORDERED.
19

20

21   DATED: April 9, 2012                       _____
                                                LAWRENCE K. KARLTON
22                                              SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT
23

24

25

26

27

28