BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-00102 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | DATE: May 30, 2012 |
| | ) | TIME: 9:15 a.m. |
| BERTIN VILLEGAS-GASTELUM, et al., | ) | COURT: Hon. Lawrence K. Karlton |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Paul Irish for Nicolas OSORIO and Gilbert Roque, counsel for defendant Bertin VILLEGAS-GASTELUM, that the above status conference be rescheduled from this Court's May 30, 2012, calendar, and that the matter be re-calendared for July 10, 2012, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1    IT IS FURTHER STIPULATED that time be excluded through July 10,
2 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

4 Dated: May 28, 2012                /s/ Paul Hemesath
                                     Paul Hemesath
5                                    Assistant United States Attorney
                                     Counsel for Plaintiff

7 Dated: May 28, 2012                /s/ Gilbert Roque
                                     Gilbert Roque
                                     Counsel for Defendant
8                                    Bertin VILLEGAS-GASTELUM

9 Dated: May 28, 2012                /s/ Paul Irish
                                     Paul Irish
10                                   Counsel for Defendant
                                     Nicolas OSORIO

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: May 29, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2