```
1   BENJAMIN B. WAGNER
    United States Attorney
2   PAUL A. HEMESATH
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:10-CR-00102 LKK |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: July 10, 2012 |
| ) | TIME: 9:15 a.m. |
| Nicolas OSORIO, et al., ) | COURT: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Paul Irish for Nicolas OSORIO, that the above status conference be rescheduled from this Court's July 10, 2012, calendar, and that the matter be re-calendared for August 28, 2012, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded through August

1

28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.


Dated: July 6, 2012                /s/ Paul Hemesath
                                     Paul Hemesath
                                     Assistant United States Attorney
                                     Counsel for Plaintiff


Dated: July 6, 2012                /s/ Paul Irish
                                     Paul Irish
                                     Counsel for Defendant
                                     Nicolas OSORIO

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 10, 2012, status conference hearing be continued to August 28, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the August 28, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

Dated: July 6, 2012                LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT