1  PAUL R. IRISH, SBN 61592
   Attorney at Law
2  2001 "S" Street
   Sacramento, California  95811
3  Telephone:  (916) 454-0966

4  Attorney for Defendant
   NICOLAS PAUL OSORIO
5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA, | Case No. 2:10-CR-0102-LKK |
11 | Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
12 | vs. | |
13 | NICOLAS PAUL OSORIO, | Date:  October 30, 2012 |
14 | Defendant. | Time:  9:15 a.m.
                  Dept:  4
                  Judge: Lawrence K. Karlton |

16    IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Paul A. Hemesath,
17 counsel for plaintiff and Paul R. Irish, counsel for defendant Nicholas Paul Osorio, that the above
18 status conference be rescheduled from this court's October 30, 2012 calendar, and that the matter
19 be re-calendared for December 11, 2012, at 9:15 a.m.
20    This request is made jointly by the Government and Defense in order to permit time for
21 continued preparation, including investigation which is currently in progress and plea negotiations.
22    The parties agree that interest of justice is served by granting this continuance outweigh the
23 best interests of the public and the defendant in a speedy.
24    IT IS FURTHER STIPULATED that time be excluded through October 30, 2012, pursuant
25 to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4.
26 / / /
27 / / /
28

STIPULATION AND ORDER                                                                          Page 1

DATED: _____          /s/ Paul R. Irish
                                          PAUL R. IRISH, Attorney for Defendant
                                          NICOLAS PAUL OSORIO.

DATED: _____          /s/ Paul R. Irish for
                                          PAUL A. HEMESATH
                                          Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 30, 2012 status conference, be continued to December 11, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including December 11, 2012 status conference, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3151(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

DATED: October 26, 2012

                                          /s/ Lawrence K. Karlton
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT