PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California  95811
Telephone:  (916) 454-0966

Attorney for Defendant
NICOLAS PAUL OSORIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>NICOLAS PAUL OSORIO,<br><br>           Defendant. | Case No. 2:10-CR-0102-LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  December 11, 2012<br>Time:  9:15 a.m.<br>Dept:  4<br>Judge: Lawrence K. Karlton |
|---|---|

   IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Paul A. Hemesath, counsel for plaintiff and Paul R. Irish, counsel for defendant Nicholas Paul Osorio, that the above status conference be rescheduled from this court's December 11, 2012 calendar, and that the matter be re-calendared for January 29, 2013, at 9:15 a.m.

   This request is made jointly by the Government and Defense in order to permit time for continued preparation, including investigation which is currently in progress and plea negotiations.

   The parties agree that interest of justice is served by granting this continuance outweigh the best interests of the public and the defendant in a speedy.

   IT IS FURTHER STIPULATED that time be excluded through December 11, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4.

/ / /

/ / /

STIPULATION AND ORDER                                                                                                    Page 1

DATED: _____        /s/ Paul R. Irish
                                      PAUL R. IRISH, Attorney for Defendant
                                      NICOLAS PAUL OSORIO.


DATED: _____        /s/ Paul R. Irish for
                                      PAUL A. HEMESATH
                                      Assistant U.S. Attorney


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 11, 2012 status conference, be continued to January 29, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including January 29, 2013, status conference, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3151(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.


DATED: December 6, 2012              _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT