1  PAUL R. IRISH, SBN 61592
   Attorney at Law
2  2001 "S" Street
   Sacramento, California  95811
3  Telephone:  (916) 454-0966

4  Attorney for Defendant
   NICOLAS PAUL OSORIO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0102-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| NICOLAS PAUL OSORIO, | Date:  January 29, 2013<br>Time:  9:15 a.m.<br>Dept:  4<br>Judge:  Lawrence K. Karlton |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Paul A. Hemesath, counsel for plaintiff and Paul R. Irish, counsel for defendant Nicolas Paul Osorio, that the above status conference be rescheduled from this court's January 29, 2013 calendar, and that the matter be re-calendared for March 19, 2013, at 9:15 a.m.

This request is made jointly by the Government and Defense in order to permit time for continued preparation, including investigation which is currently in progress and plea negotiations. The government is in the process of providing defense counsel with a proposed draft Plea Agreement.  Defense counsel would therefore need additional time, upon receipt of that draft Plea Agreement, to discuss the proposal with his client, and to advise defendant on how to proceed.  The additional time is therefore needed for attorney preparation and continuity of counsel.

Both parties request that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4 (attorney preparation and continuity of counsel).  This exclusion of time includes the period from January 29, 2013, up to and including March 19, 2013.

1  The parties agree that the interest of justice is served by granting this continuance that
2  outweighs the best interests of the public and the defendant in a speedy trial.
3  Assistant U.S. Attorney Paul A. Hemasath agrees to this request and has authorized
4  defendant's attorney, Paul R. Irish to sign this Stipulation on his behalf.

6  DATED: _____         /s/ Paul R. Irish
                                         PAUL R. IRISH, Attorney for Defendant
7                                        NICOLAS PAUL OSORIO.

9  DATED: _____         /s/ Paul R. Irish for
                                         PAUL A. HEMESATH
10                                       Assistant U.S. Attorney

## **ORDER**

13  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
14  January 29, 2013 status conference, be continued to March 19, 2013, at 9:15 a.m.   Based on the
15  representation of defense counsel and good cause appearing therefrom, the Court hereby finds that
16  the failure to grant a continuance in this case would deny defense counsel reasonable time necessary
17  for effective preparation, taking into account the exercise of due diligence.
18  The Court finds that the ends of justice to be served by granting a continuance outweigh the
19  best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and
20  including March 19, 2013, status conference, shall be excluded from computation of time within
21  which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
22  §3151(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to
23  prepare.
24  IT IS SO ORDERED.

26
27  DATED: January 29, 2013              [signature]
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
28                                       UNITED STATES DISTRICT COURT