1 PAUL R. IRISH, SBN 61592
Attorney at Law
2 2001 "S" Street
Sacramento, California  95811
3 Telephone:  (916) 454-0966

4 Attorney for Defendant
NICOLAS PAUL OSORIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NICOLAS PAUL OSORIO,<br><br>　　　　Defendant. | Case No. 2:10-CR-0102-LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  May 14, 2013<br>Time:  9:15 a.m.<br>Dept:  4<br>Judge:  Lawrence K. Karlton |
|---|---|

　　　　IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Paul A. Hemesath, counsel for plaintiff and Paul R. Irish, counsel for defendant Nicolas Paul Osorio, that the above status conference be rescheduled from this court's May 14, 2013 calendar, and that the matter be re-calendared for June 25, 2013, at 9:15 a.m.

　　　　This request is made jointly by the Government and Defense in order to permit time for continued preparation, including investigation which is currently in progress and plea negotiations. The Government has previously provided defense counsel with a proposed draft Plea Agreement. Defense counsel thereafter tendered to the Government a proposed counterproposal and some modifications of the plea agreement.  Further discussions have been conducted between the Government and defense counsel; however, an total agreement has not yet been reached.  Defense counsel therefore needs additional time to discuss the proposals with his client, participate in further discussions with the Government, and advise defendant on how to proceed.  The additional time is therefore needed for attorney preparation and continuity of counsel.

1   Both parties request that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local
2   Code T-4 (attorney preparation and continuity of counsel).  This exclusion of time includes the
3   period from May 14, 2013, up to and including June 25, 2013.
4   The parties agree that the interest of justice is served by granting this continuance that
5   outweighs the best interests of the public and the defendant in a speedy trial.
6   Assistant U.S. Attorney Paul A. Hemasath agrees to this request and has authorized
7   defendant's attorney, Paul R. Irish to sign this Stipulation on his behalf.

10  DATED:     May 10, 2013                            /s/ Paul R. Irish
                                                      PAUL R. IRISH, Attorney for Defendant
11                                                    NICOLAS PAUL OSORIO.

14  DATED:     May 10, 2013                            /s/ Paul R. Irish for
                                                      PAUL A. HEMESATH
15                                                    Assistant U.S. Attorney

17                                  **ORDER**

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
19  May 14, 2013 status conference, be continued to June 25, 2013, at 9:15 a.m.   Based on the
20  representation of defense counsel and good cause appearing therefrom, the Court hereby finds that
21  the failure to grant a continuance in this case would deny defense counsel reasonable time necessary
22  for effective preparation, taking into account the exercise of due diligence.
23      The Court finds that the ends of justice to be served by granting a continuance outweigh the
24  best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and
25  including June 25, 2013, status conference, shall be excluded from computation of time within
26  which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
27  / / /
28  / / /

STIPULATION AND ORDER                                                                      Page 2

1  §3151(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to
2  prepare.

4       IT IS SO ORDERED.

7  DATED: May 14, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT