1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:10-CR-00102 LKK

12 |                     Plaintiff,        | STIPULATION AND ORDER

13 |              v.                       | Date: July 30, 2013
   |                                       | Time 9:15 a.m.
14 | NICOLAS OSORIO,                       | Judge: Hon. Lawrence K. Karlton

15 |                     Defendant.

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Tim Pori,

19 attorney for defendant NICOLAS OSORIO that the previously-noticed hearing date of July 30, 2013, be

20 vacated and the matter re-scheduled for August 27, 2013, at 9:45 a.m. The parties further request that the

21 Court order the government's response be due on August 13, 2013, and the defendant's reply, if any, be

22 due on August 20, 2013.

23     The parties further request that time be excluded from June 7, 2013, (the day that defendant filed

24 the instant motion to suppress evidence), pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E,

25 pre-trial motion). The parties agree that there is a sufficient factual basis for such an exclusion, and that

26 the interests of justice served by granting this continuance outweigh the best interests of the public and

27 the defendant in a speedy trial.

28 / / /

STIPULATION RE: EXCLUDABLE TIME;
[PROPOSED] ORDER

1

These requests are made jointly by the government and defense.

IT IS SO STIPULATED.

Dated: July 15, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

Dated: July 15, 2013

/s/ PAUL IRISH
PAUL IRISH
Counsel for Defendant

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for July 30, 2013, shall be re-scheduled to August 27, 2013. It is further ordered that the government's response to defendant's motion shall be filed no later than August 13, 2013 and defendant's reply, if any, shall be filed no later than August 20, 2013.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion), and further, that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 18, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: EXCLUDABLE TIME;
[PROPOSED] ORDER

2