BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAS OSORIO,<br><br>Defendant. | CASE NO.  2:10-CR-00102 LKK<br><br>STIPULATION AND ORDER<br><br>Date: September 10, 2013<br>Time 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Paul Irish, attorney for defendant NICOLAS OSORIO that the previously-noticed hearing date of September 10, 2013, be vacated and the matter re-scheduled for September 24, 2013, at 9:45 a.m.  The parties further request that the Court order the government's response be due on September 10, 2013, and the defendant's reply, if any, be due on September 17, 2013.

The parties further request that time be excluded from June 7, 2013, (the day that defendant filed the instant motion to suppress evidence), pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion).  The parties agree that there is a sufficient factual basis for such an exclusion, and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

STIPULATION RE: EXCLUDABLE TIME;
[PROPOSED] ORDER

1

These requests are made jointly by the government and defense.

IT IS SO STIPULATED.

Dated: August 28, 2013                     BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ PAUL A. HEMESATH
                                           PAUL A. HEMESATH
                                           Assistant United States Attorney

Dated: August 28, 2013                     /s/ PAUL IRISH
                                           PAUL IRISH
                                           Counsel for Defendant

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for September 10, 2013, shall be re-scheduled to September 24, 2013. It is further ordered that the government's response to defendant's motion shall be filed no later than September 10, 2013 and defendant's reply, if any, shall be filed no later than September 17, 2013.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion), and further, that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 6, 2013

                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT