1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:10-CR-00102 LKK

12                      Plaintiff,        STIPULATION AND ORDER

13              v.                        Date: December 17, 2013
                                          Time 9:15 a.m.
14  NICOLAS OSORIO,                       Judge: Hon. Lawrence K. Karlton

15                      Defendant.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Paul Irish,

19  attorney for defendant NICOLAS OSORIO that the previously-noticed hearing date of December 17,

20  2013, be vacated and the matter re-scheduled for January 21, 2014, at 9:15 a.m.

21       The parties' request is based on their continuing investigation of the matter at issue, as well as

22  further negotiations, which may render the matter moot.

23       The parties further request that time be excluded from June 7, 2013, (the day that defendant filed

24  the instant motion to suppress evidence), pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E,

25  pre-trial motion).  The parties agree that there is a sufficient factual basis for such exclusion, and that the

26  interests of justice served by granting this continuance outweigh the best interests of the public and the

27  defendant in a speedy trial.

28  / / /

    STIPULATION RE: EXCLUDABLE TIME;           1
    [PROPOSED] ORDER

1    These requests are made jointly by the government and defense.

2        IT IS SO STIPULATED.

3    Dated:  December 13, 2013                          BENJAMIN B. WAGNER
                                                        United States Attorney

4

5                                                        /s/ PAUL A. HEMESATH
                                                        PAUL A. HEMESATH
6                                                       Assistant United States Attorney

7

   Dated:  December 13, 2013                           /s/ PAUL IRISH
8                                                       PAUL IRISH
                                                        Counsel for Defendant

9

10                                  **ORDER**

11       Having received, read, and considered the stipulation of the parties, and good cause appearing

12   therefrom, the Court orders that the hearing currently noticed for December 17, 2013, shall be re-

13   scheduled to January 21, 2014.

14       The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to

15   exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-

16   trial motion), and further, that the interests of justice served by granting this continuance outweigh the

17   best interests of the public and the defendant in a speedy trial.

18   Dated: December 17, 2013

19

20                                                      LAWRENCE K. KARLTON
                                                        SENIOR JUDGE
21                                                      UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

STIPULATION RE: EXCLUDABLE TIME;                    2
[PROPOSED] ORDER