PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
NICOLAS PAUL OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:10-CR-0102-LKK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER |
| vs. | ) ) | Date:  March 4, 2014 |
| NICOLAS PAUL OSORIO, | ) ) | Time:  9:15 a.m. Dept:  4 |
| Defendant. | ) ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul A. Hemesath, Assistant U.S. Attorney, attorney for plaintiff and Paul R. Irish, attorney for defendant Nicolas Paul Osorio, that the previously noticed hearing date of March 4, 2014, be vacated and the matter rescheduled for March 18, 2014 at 9:15 a.m.

The parties' request is based on their continuing investigation of this matter at issue, as well as further negotiations, which may render the matter moot.

The parties further request that time be excluded from June 7, 2013 (the day that defendant filed the instant Motion to Suppress Evidence), pursuant to 18 U.S.C. §3161(h)(1)(D), (Local Code E, pretrial motion).  The parties agree that there is a sufficient factual basis for such exclusion, and that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial.

These requests are made jointly by the Government and the defense.

/ / /

IT IS SO STIPULATED.


DATED:       February 27, 2014                    /s/ Paul R. Irish
                                        PAUL R. IRISH, Attorney for Defendant
                                        NICOLAS PAUL OSORIO.



DATED:       February 27, 2014                    /s/ Paul R. Irish for
                                        PAUL A. HEMASATH
                                        Assistant U.S. Attorney


# ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for March 4, 2014, shall be rescheduled to March 18, 2014.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D) (Local Code E, pretrial motion), and further, that the interests of justice served by granting this continuance outweigh the bests interests of the public and the defendant in a speedy trial..


DATED: March 4, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT