BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00102 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date: March 18, 2014 |
| NICOLAS OSORIO, | Time 9:15 a.m. |
|  | Judge: Hon. Lawrence K. Karlton |
| Defendant. |  |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Paul Irish, attorney for defendant NICOLAS OSORIO that the previously-noticed hearing date of March 18, 2014, be vacated and the matter re-scheduled for April 8, 2014, at 9:15 a.m.

The parties' request is based on their continuing investigation of the matter at issue, as well as further negotiations, which may render the matter moot.

The parties further request that time be excluded from June 7, 2013, (the day that defendant filed the instant motion to suppress evidence), pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion). The parties agree that there is a sufficient factual basis for such exclusion, and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

1  These requests are made jointly by the government and defense.

2  IT IS SO STIPULATED.

3  Dated:  March 14, 2014                                BENJAMIN B. WAGNER
                                                        United States Attorney

5                                                        /s/ PAUL A. HEMESATH
                                                        PAUL A. HEMESATH
6                                                       Assistant United States Attorney

8  Dated:  March 14, 2014                                /s/ PAUL IRISH
                                                        PAUL IRISH
                                                        Counsel for Defendant

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for March 18, 2014, shall be re-scheduled to April 8, 2014.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion), and further, that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 17, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT