PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
NICOLAS PAUL OSORIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-CR-0102-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING JUDGMENT |
| vs. | ) | AND SENTENCE |
| | ) | |
| | ) | Date:  July 8, 2014 |
| NICOLAS PAUL OSORIO, | ) | Time:  9:15 a.m. |
| | ) | Dept:  4 |
| Defendant. | ) | Judge: Lawrence K. Karlton |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Paul A. Hemesath, Assistant U.S. Attorney, attorney for plaintiff and Paul R. Irish, attorney for defendant Nicolas Paul Osorio, that the current hearing date for imposition of Judgment and Sentence of July 8, 2014, be vacated and the matter rescheduled for September 9, 2014 at 9:15 a.m.

The request to continue the Judgment and Sentence date is made for the following reasons:

(1) Pursuant to Plea Agreement, defendant entered a plea to Count 2 of the Indictment, charging possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §841(a)(1), on April 22, 2014.  However, due to a delay in conducting the interview with defendant, the draft Presentence Investigation Report was not issued to counsel until June 17,

2014.  Additional time is therefore needed in order for objections to the Presentence Investigation Report to be considered, the final draft of the Presentence Investigation Report to be prepared and filed, and any sentencing memorandums additionally to be filed with the court.   Further, defense counsel has not submitted informal objections regarding the draft Presentence Investigation Report, as shortly after receipt of the draft Presentence Investigation Report defense counsel was ill and out of the office for approximately 1 week.

(2)     The additional time is therefore needed for attorney preparation and continuity of counsel.  The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).    This exclusion of time includes the period from July 8, 2014, up to and including September 9, 2014.    The parties agree that there is a sufficient factual basis for such exclusion, and that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Paul A. Hemesath, Assistant U.S. Attorney, agrees to this request and has authorized defendant's attorney, Paul R. Irish to sign this Stipulation on his behalf.

IT IS SO STIPULATED.


DATED:         July 3, 2014                              /s/ Paul R. Irish
                                                         PAUL R. IRISH, Attorney for Defendant
                                                         NICOLAS PAUL OSORIO.



DATED:         July 3, 2014                              /s/ Paul R. Irish for
                                                         PAUL A. HEMASATH
                                                         Assistant U.S. Attorney


**ORDER**

STIPULATION AND ORDER                                                              Page 2

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the Judgment and Sentence Hearing currently noticed for July 8, 2014, shall be rescheduled to September 9, 2014 at 9:15 a.m. in Department 4.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the bests interests of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from July 8, 2014, up to and including September 9, 2014.

IT IS SO ORDERED.


DATED: July 8, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT